08-21-00156-CV (2)

RECEIVED

JAN 1 4 2022

ELIZABETH G. FLORES, CLERK
EIGHTH COURT OF APPEALS

Case No. 08-21-00156-CV

IN THE COURT OF APPEALS

FOR THE EIGHTH DISTRICT OF TEXAS - EL PASO

FILED IN
COURT OF APPEALS

JAN 1 4 2022

ELIZABETH G. FLORES
CLERK 8th DISTRICT

UPCURVE ENERGY PARTNERS, LLC, *Appellant*

V.

KURT MUENCH, LANCE MUENCH, MARK MUENCH, FRANK W. FOUTS, IV

AND SHEILA D. STIBOLT, *Appellees*

On Appeal from the

143rd JUDICIAL DISTRICT COURT OF REEVES COUNTY, TEXAS

Trial Court Cause No. 19-09-23159-CVR

-------------------------------------------------------------------------------------

**APPELLEES' UNAPPOSED AMENDED FIRST MOTION TO EXTEND TIME TO**

**FILE APPELLEES' BRIEF**

-------------------------------------------------------------------------------------

## TO THE HONORABLE COURT OF APPEALS:

1. Appellee's Sheila D. Stibolt and Frank W. Fouts, IV, Request an

1

extension of time to file their amended Appellee's Brief, which was originally due December 24, 2021. Appellee's now seek an amended extension until Friday January 14, 2022.

2. **CERTIFICATE OF CONFERENCE**: Appellee's Sheila D. Stibolt and Frank W. Fouts have confered with counsel for Appellant UpCurve Energy Partners, LLC, who has represented that Appellant does not appose this motion.

3. Appellees' Sheila D. Stibolt and Frank W. Fouts, IV, ask for this extension of time because of personal issues and the pending holidays.

For the reasons stated, Appellees' request that the Court set Friday January 14, 2022 as the deadline for Appellees' to file their Appellees' Brief and grant Appellees such other and further relief that the Court determines appropriate.

Respectfully Submitted,

Sheila D. Stibolt

5058 Briarwood Circle N.

Kiezer, Oregon,97303

peba4@yahoo.com

Frank W. Fouts, IV

17519 Sunset Dr.

Lowell, IN 46356

_____

skip_to_me_lu@yahoo.com

815-600-2902


## CERTIFICATE OF CONFERENCE

Pursuant to Texas R. App. 10.1(5), I certify that the undersigned conferred with counsel for Appellant who indicated that his client does not oppose this motion.

by;_____

Frank W. Fouts, IV

by;_____

Sheila D. Stibolt